## DISCIPLINARY DOCKET

**98–378. Cincinnati Bar Assn. v. Haas.**

Upon consideration of respondent's motion to supplement record,

IT IS ORDERED by the court that the motion to supplement record be, and hereby is, granted, and respondent shall file the supplemental documents within seven days of the date of this entry.

DOUGLAS and RESNICK, JJ., dissent.

LUNDBERG STRATTON, J., not participating.

*Thursday, July 30, 1998*

## MOTION DOCKET

**97–357. Westhaven, Inc. v. Wood Cty. Bd. of Revision.**

Board of Tax Appeals, No. 95–P–1052. This cause came on for further consideration upon appellants' motion to withdraw motion for reconsideration. Upon consideration thereof,

IT IS ORDERED by the court that the motion to withdraw motion for reconsideration be, and hereby is, granted.

**98–20. State v. Nields.**

Hamilton C.P. No. B9703305. This cause is pending before the court as an appeal from the Court of Common Pleas of Hamilton County. Upon consideration of the motion of H. Fred Hoefle to withdraw as appellant's counsel,

IT IS ORDERED by the court that the motion to withdraw as appellant's counsel be, and hereby is, granted.

IT IS FURTHER ORDERED by the court, *sua sponte,* that the Ohio Public Defender be, and hereby is, appointed to represent the appellant.

IT IS FURTHER ORDERED by the court, *sua sponte,* that appellant's brief shall be due on or before October 28, 1998, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. XIX.

**98–980. State v. Campbell.**

Franklin C.P. No. 97CR042020. This cause is pending before the court as an appeal from the Court of Common Pleas of Franklin County. Upon consideration of appellant's motion for extension of time for transmission of the record,

IT IS ORDERED by the court that the motion for extension of time for transmission of the record be, and hereby is, granted, and the time for transmitting the record is extended to July 31, 1998.

**98–1359. State v. Brown.**

Hamilton App. No. C–980060. This cause is pending before the court as a discretionary appeal and claimed appeal of right from the Court of Appeals for Hamilton County. On July 20, 1998, appellee filed a document titled "Motion to Dismiss Appeal." The motion to dismiss is, in substance, a response to appellant's memorandum in support of jurisdiction and, as such, is untimely. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the untimely filing of a document.

IT IS ORDERED by the court, *sua sponte,* that appellee's document titled "Motion to Dismiss Appeal" be, and hereby is, stricken.

**98–1483. State v. Jones.**

Ashtabula C.P. No. 97CA221. This cause is pending before the court as an appeal from the Court of Common Pleas of Ashtabula County. Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that appellant's motion for stay of execution be, and hereby is, granted, pending disposition of this appeal.